# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIEL DIAZ GOMEZ, an individual;

                Plaintiff,

vs.

CITY OF SAN BERNARDINO; HECTOR VITTORIO; MICHAEL YUEN; and DOES 1 to 10, inclusive,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:25-cv-01012-PA-JPR

**ORDER:**

   **1)** **DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BY PLAINTIFF DANIEL DIAZ GOMEZ AGAINST ALL DEFENDANTS; AND**

   **2)** **WAIVING ATTORNEYS' FEES AND COSTS RELATED TO CLAIMS BY PLAINTIFF DANIEL DIAZ GOMEZ AGAINST DEFENDANTS**

**[Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]**

*[Stipulation submitted concurrently herewith]*

Complaint filed: April 24, 2025

**Matter For Determination Before The Honorable Percy Anderson**

1
[PROPOSED] ORDER

# ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), all claims by Plaintiff DANIEL DIAZ GOMEZ against all Defendants, including CITY OF SAN BERNARDINO, HECTOR VICTORIO (erroneously sued as Hector Vittorio) and MICHAEL YUEN as well as all current and former Defendants, as well as the Defendants' past, present and future employees, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated, are dismissed in their entirety, without prejudice.

IT IS FURTHER DECREED that all claims for attorneys' fees and costs under 42 U.S.C. § 1988 and any other provision of law have been waived by Plaintiff DANIEL DIAZ GOMEZ and by all Defendants including CITY OF SAN BERNARDINO, HECTOR VICTORIO (erroneously sued as Hector Vittorio) and MICHAEL YUEN and that none shall be deemed a prevailing party in this litigation.

**IT IS SO ORDERED.**

Dated: January 16, 2026   _____

Percy Anderson
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER